201909966
rec

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| IN RE: | Case No. 19-33886 |
| RODNEY WOODS | Chapter 13 |
| Debtor | Judge Alan C. Stout |
| | **OBJECTION TO DEBTOR'S PLAN BY WILMINGTON SAVINGS FUND SOCIETY FSB (PROPERTY ADDRESS 416 SHELBY PARKWAY, LOUISVILLE, KY 40203)** |

Now comes Wilmington Savings Fund Society FSB, a secured creditor, and respectfully objects to the proposed Chapter 13 Plan filed herein by the Debtor(s). This is an ongoing objection and is intended to be an objection to any subsequent plan filed by the Debtor(s). Creditor reserves the right to amend and/or supplement this objection should additional information be necessary. This Objection is supported by the following Memorandum.

**MEMORANDUM**

On August 5, 2008, Debtor, Rodney Woods signed a Note in the amount of $117,982.73. The Note matures on August 11, 2038. A copy of the Note is attached hereto as Exhibit A. Debtor and non-filing spouse Lisa Wood executed a Mortgage secured by Debtor's principal residence located at 416 Shelby Parkway Louisville, KY 40203 ("Real Property"). The mortgage was filed for record on August 8, 2008 in Book 11286 Page 915 of Jefferson County records. A copy of the Mortgage is attached hereto as Exhibit B.

Wilmington Savings Fund Society FSB holds a mortgage lien on debtor(s) real property known

as 416 Shelby Parkway Louisville, KY 40203. The mortgage loan account is in default, resulting in an estimated arrearage of $49,501.25. The Chapter 13 Plan fails to comply with Section 1322(b)(5) of the Bankruptcy Code, which permits debtors to cure defaults while resuming and maintaining regular payments on long term obligations. That section requires, however, that such defaults be cured "within a reasonable time".

The Chapter 13 Plan proposes herein does not provide for sufficient payment to cure Creditor's arrearage in accordance with Section 1322(b)(5).

WHEREFORE, based on the foregoing, Creditor respectfully requests that confirmation of the proposed plan be denied.

/s/ Mia L. Conner
Mia L. Conner
KY Bar Registration #: 90625
513-241-3100 x-3445

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
wkybk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan of the secured creditor, Wilmington Savings Fund Society FSB, was electronically transmitted on February 4, 2020 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list.

Bert M. Edwards, Attorney for Debtor
119 S. 7th, 2nd Floor
Louisville, KY 40202
edwardslaw822@gmail.com

William Lawrence, Trustee
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202
ECF@louchapter13.com

Office of the U.S. Trustee
Charles R. Merrill
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan was transmitted on or about February 4, 2020 via regular U.S. mail, postage pre-paid:

Rodney Woods
416 Shelby Parkway
Louisville, KY 40203

/s/ Mia L. Conner
Mia L. Conner
KY Bar Registration #: 90625
513-241-3100 x-3445

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
wkybk@lsrlaw.com